PETER E. BRIXIE, Bar #124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880 Fax: (916) 658-1884
E-mail: peterbrixie@gmail.com

Attorney for CHRISTINE BRECKENRIDGE

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE BRECKENRIDGE,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant | No. 2:20-cv-1915 DB<br><br>STIPULATION AND ORDER FOR PAYMENT OF PLAINTIFF'S ATTORNEY FEES |

    To the honorable DEBORAH BARNES, it is hereby stipulated by and between the parties through their undersigned counsel, subject to the approval of the Court, that CHRISTINE BRECKENRIDGE be awarded attorney fees and expenses in the amount of $7400.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

    After the Court issues an order for EAJA fees to CHRISTINE BRECKENRIDGE, the government will consider the matter of assignment of EAJA fees to PETER BRIXIE.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

    Fees shall be made payable to CHRISTINE BRECKENRIDGE, but if the Department of the Treasury determines that CHRISTINE BRECKENRIDGE does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to

PETER BRIXIE pursuant to the assignment executed by CHRISTINE BRECKENRIDGE Any payments made shall be delivered to PETER BRIXIE

     This stipulation constitutes a compromise settlement of CHRISTINE BRECKENRIDGE vs. COMMISSIONER OF SOCIAL SECURITY request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that CHRISTINE BRECKENRIDGE may have relating to EAJA attorney fees in connection with this action.  This award is without prejudice to the rights of PETER BRIXIE to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

                                        Respectfully submitted,

Dated: March 30, 2022                         By:    /s/ Peter Brixie
                                                          PETER E. BRIXIE
                                                          Attorney at Law
                                                          Attorney for Plaintiff

Dated: March 30, 2022                                 /s/Marcelo Illarmo
                                                          MARCELO ILLARMO
                                                          Special Assistant United States Attorney
                                                          Attorneys for Defendant

                                            __ooo__

                                            ORDER

     Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: April 1, 2022                               /s/ DEBORAH BARNES
                                                          UNITED STATES MAGISTRATE JUDGE